# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1275
_____

RUBEN PEDRICK,

  Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

  Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

July 30, 2019

PER CURIAM.

  DENIED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ruben Pedrick, pro se, Petitioner.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.